# EXHIBIT C

**Southwest Airlines Co.**
James Sheppard
Legal Department – Senior Attorney
2702 Love Field Drive
Dallas, TX 75235
James.Sheppard@wnco.com



December 11, 2020

<u>*VIA CMRR (7020-1290-0001-8229-4045)*</u>

Kiwi.com, Inc.
c/o its Registered Agent
Northwest St Registered Agent Service, Inc.
8 The Green, Suite B
Dover, Delaware 19901

>   Re:   **Cease & Desist Letter Regarding Kiwi.com's Trademark Infringement Unauthorized Website Scraping of Southwest Airlines's Website**

To Whom it May Concern:

This is a letter demanding that Kiwi.com, Inc. ("<u>Kiwi.com</u>") immediately cease and desist from its unauthorized web scraping of Southwest.com, numerous violations of the Terms and Conditions of Southwest.com ("<u>Southwest Terms</u>"), and its trademark infringement of Southwest's Heart logo. As you may know, Southwest's Legal Department previously sent a series of cease and desist letters to Kiwi.com regarding this unauthorized activity, yet Kiwi.com has failed to comply with our demands. We understand that General Atlantic (or its affiliate entity) recently invested in Kiwi.com and want to provide notice to that group, as well, to encourage compliance and before Southwest takes further legal action.

>   **There Is No Dispute Kiwi.com Has Improperly Accessed Southwest.com in Order to Sell More than 140,000 Southwest Flights in the Past Two Years**

As explained in our prior cease and desist letters, Southwest prohibits websites like Kiwi.com from selling its fares or displaying its trademark logos. There is no dispute that Kiwi.com is violating the Southwest Terms by scraping Southwest.com ("<u>Southwest Website</u>") and selling tickets because, earlier this year, a Kiwi.com account manager sent a "Monthly Report"[1] to Southwest showing that Kiwi.com sold more than 109,000 Southwest flights in 2019 and over 38,000 flights in the first half of 2020.

The Kiwi.com website also shows that it is improperly displaying Southwest's fares and our trademark logos in order to induce these sales.

---

[1] This monthly report is attached as **Exhibit A**.



Southwest has an unique distribution model in the United States where it maintains the exclusive distribution rights to sell Southwest flights to the general public through the Southwest.com website.  Put differently, Southwest has never authorized any third-party website (or online travel agencies, such as Kiwi.com) to display or sell its fares.

**The Southwest Terms Expressly Prohibit Kiwi.com's Improper Scraping of the Southwest Website and Related Sale of Southwest Flights**

As we explained in our prior letters to Kiwi.com, the Southwest Terms explain that by accessing Southwest.com, users agree to be legally bound by and act in accordance with the Southwest Terms.[2]  Because Southwest is the exclusive online distribution channel for its airline flights to the general public, the Southwest Terms expressly prohibit the following list of "Restricted Activities" on our site:

- "[Y]ou will not use the [Southwest Website] for or in connection with offering any third party product or service not authorized or approved by Southwest;"

- Southwest prohibits the use of the Southwest Website "for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;"

- Users shall not "harvest any information from the [Southwest Website]."

- Southwest does not permit scraping of the Southwest Website and specifically explains in the Southwest Terms that it prohibits the "use [of]

---

[2] A full copy of the Southwest Terms are attached as **Exhibit B**.

Page 2

any deep-link, page-scrape, robot, crawl, index, spider, click spam, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things, to use, access, copy, acquire information, generate impressions or clicks, input information, store information, search, generate searches, or monitor any portion of the Service or Company information;"

Kiwi.com cannot claim ignorance of the Southwest Terms, the fact that Southwest does not allow scraping of the Southwest Website, or that Kiwi.com has no authorization to access the Southwest Website.  This is because our prior letters demanded that Kiwi.com cease and desist such scraping activities and provided copies of the Southwest Terms, as well.[3]  More recently in July 2020, a Kiwi.com manager (whose title is "Business Development Manager – Americas") contacted Southwest business leadership to "explore further cooperation" and attached a sales report showing Southwest ticket sales on Kiwi.com.  In response, Southwest (yet again) explained to Kiwi.com in a telephone call that it prohibited scraping of the Southwest Website and also did not approve use of its registered trademarks.

In sum, because Southwest has never granted Kiwi.com with access or permission to publish its flight or fare data, there are numerous violations of the Southwest Terms that include: (1) using the Southwest Website for or in connection with offering any third-party product or service; and/or (2) using automated tools or robots to obtain fare or pricing information from the Southwest Website. Further, in addition to Kiwi.com's breach of the Southwest Terms, its continued unauthorized access of the Southwest Website also gives rise to claims for violations of computer access statutes under federal law, 18 U.S.C. § 1030, and Texas state law, Tex. Pen. Code § 33.02.  *See, e.g.*, *Southwest Airlines Co. v. Farechase, Inc.*, 318 F. Supp. 2d 435 (N.D. Tex. 2004).

**Kiwi.com is also Knowingly Committing Trademark Infringement by its Continued Display of Southwest's Famous "Heart" Logo.**

Despite repeated requests, Kiwi.com has refused to cease its infringing and harmful misuse of Southwest's registered trademarks.  As explained before, Southwest is the owner of number federal registered trademark registrations that include, by way of example, some of the following:

| Trademark | Date | Services | No. |
|---|---|---|---|
| SOUTHWEST AIRLINES | Registered: Dec. 8, 1992 | (Int'l Class: 39) | Reg. No.: 1,738,670 |

---

[3] *See, e.g.*, (1) August 2018 letter from Southwest Legal to Kiwi; (2) September 2018 letter from Southwest Legal to Kiwi; and (3) August 2019 letter from Southwest Legal to Kiwi.

Page 3

| Trademark | Date | Services | No. |
|---|---|---|---|
| | | transportation services; namely, transportation of cargo and passengers by air | |
| SOUTHWEST | Registered: Aug. 15, 2006 | (Int'l Class: 39) Transportation of passengers and/or goods by air | Reg. No.: 3,129,737 |
| | Registered September 8, 2015 Int'l Class: 35 First Use: September 8, 2014 Filed: October 1, 2014 | (Int'l Class: 35) providing electronic on-line information services, namely, the provision of advertisements and business information in respect of travel, tourism and entertainment through a computer database; advertising services and promotion services by data communications for service providers in the travel industry; on-line direct electronic marketing services and advertising services for service providers in the travel industry; providing online information to others, namely, advertisements and solicitations | Reg. No.: 4,806,962 |

Along with the registered trademark for the "Heart" logo mentioned above, Southwest has additional registered trademarks for its "Heart" logo in the context of printed matters, making reservations and booking air transportation, software for delivery of travel information, providing information about air travel via the internet, and ticket reservation and booking services (collectively with the chart above, the "Southwest Marks").[4] The Southwest Marks provide Southwest with the exclusive right to use the registered marks in connection with air transportation and other travel services, as well as the right to exclude third parties from unauthorized use of the marks.

As shown in the Kiwi.com screen shot shown above on page 2, along with examples in our prior letters, Kiwi's display of the "Heart" logo is an infringing use of Southwest's famous "Heart" trademark, as well as the "Southwest Airlines" mark. It is clear, then, that Kiwi.com's unauthorized use of our famous "Heart" logo is a willful infringement of the Southwest

---

[4] This list includes U.S. Federal Registration Nos. 4,768,717; 4,720,322; 4,723,791; 4,723,789; 4,892,223.

Page 4

Registrations and violation of trademark laws. Because Kiwi.com has used our famous "Heart" logo in violation of Southwest's intellectual property rights, this letter further demands that Kiwi.com (and any related companies or contractors) immediately cease and desist from all further unauthorized use of the Southwest Marks.

**Kiwi Can Confirm its Compliance or Face Further Legal Action**

If Kiwi.com continues its non-compliance with Southwest's demands in this letter, it is important to explain that Southwest has a long history of successful litigation in Texas federal court that ended websites' similar unlawful conduct with respect to violations of the Southwest Terms, unauthorized access of the Southwest Website, and infringement of the Southwest Marks. *See, e.g.*, *Southwest Airlines Co. v. Farechase, Inc.*, 318 F. Supp. 2d 435 (N.D. Tex. 2004); *Southwest Airlines Co. v. QL2 Software Inc.*, Case No. 3:05-CV-1558 (N.D. Tex.); *Southwest Airlines Co. v. BoardFirst, L.L.C.*, Case No. 3:06-CV-0891, 2007 WL 4823761 (N.D. Tex. Sept. 2007); *Southwest Airlines Co. v. Checkinsooner.com, LLC*, Case No. 3:10-CV-01512 (N.D. Tex.); *Southwest Airlines Co. v. Infare Solutions A/S*, Case No. 3:10-CV-01674 (N.D. Tex.); *Southwest Airlines Co. v. SW Software Development, LLC*, Case No. 3:12-CV-00591 (N.D. Tex.); and *Southwest Airlines v. Roundpipe LLC, et al.*, 375 F. Supp. 3d 687 (N.D. Tex. 2019).[5] The venue for each of these lawsuits, of course, was a federal court in Dallas, Texas due to the forum selection prescribed in the Southwest Terms. There are also sufficient facts here to support jurisdiction over Kiwi.com because, as Kiwi.com is no doubt aware given a recent lawsuit filed against it, a federal judge ruled in a similar lawsuit that there was jurisdiction over a co-defendant website. *See easyGroup Ltd. v. Skyscanner, Inc., et al.*, Case No. 20-20062, 2020 WL 5500695 (S.D. Fla. Sept. 11, 2020).

Please confirm on or before **Tuesday, December 22, 2020** that Kiwi.com – including any third parties of affiliated websites – has ceased the unauthorized activity described in this letter and our prior letters. Should Kiwi.com fail to provide such confirmation, Southwest will be forced to take further legal action.

Thank you for your attention to this matter. We look forward to your response.

Sincerely,

James Sheppard

---

[5] In its series of federal lawsuits in Texas, Southwest raised a number of additional claims that are not referenced in this particular letter – which is not intended to be an exhaustive list of potential causes of action against Kiwi.

cc:    Kiwi.com, Inc.

        c/o its Registered Agent
        Northwest St Registered Agent Service, LLC
        7901 4th St. N, Suite 300
        St. Petersburg, Florida 33702
        (via ***CMRR 7020-1290-0001-8229-4014***)

        General Atlantic LLC
        c/o Legal Department
        55 East 52nd Street
        New York, NY 10055
        (via ***CMRR 7020-1290-0001-8229-4038*** & via email drosenstein@generalatlantic.com)

        Oliver Dlouhy (via email: oliver.dlouhy@kiwi.com)
        David Liskutin (via email: david.liskutin@kiwi.com & david.liskutin@gmail.com)
        Jessie Cai (via email: jcai@generalatlantic.com)

        Ryan Green (Southwest – Chief Marketing Officer)
        Mark Shaw (Southwest – Chief Legal Officer)

# Exhibit A



# MONTHLY REPORT

| AIRLINE | ACCOUNT MANAGER | BOOKING CHANNEL NAME | PARTNER | MARKET |
|---|---|---|---|---|
| WN | All | All | All | All |

## Revenue development

| Month | 2019 (€) | 2020 (€) | MoM | YoY |
|---|---|---|---|---|
| Jan | 804,827 | 906,044 | -16.23 % | 12.58 % |
| Feb | 680,171 | 842,007 | -7.07 % | 23.79 % |
| Mar | 1,190,258 | 290,596 | -65.49 % | -75.59 % |
| Apr | 928,964 | 142,024 | -51.13 % | -84.71 % |
| May | 1,058,779 | 413,752 | 191.32 % | -60.92 % |
| Jun | 875,111 | 822,255 | 98.73 % | -6.04 % |
| Jul | 658,733 | | | |
| Aug | 816,764 | | | |
| Sep | 750,182 | | | |
| Oct | 793,996 | | | |
| Nov | 903,960 | | | |
| Dec | 1,081,598 | | | |
| Sum | 10,543,342 | 3,416,679 | | |



## Seat sales development

| Month | 2019 | 2020 | MoM | YoY |
|---|---|---|---|---|
| Jan | 8,785 | 9,963 | -9.98 % | 13.41 % |
| Feb | 7,205 | 8,825 | -11.42 % | 22.48 % |
| Mar | 12,870 | 3,817 | -56.75 % | -70.34 % |
| Apr | 9,214 | 1,823 | -52.24 % | -80.21 % |
| May | 10,064 | 5,421 | 197.37 % | -46.13 % |
| Jun | 8,035 | 8,365 | 54.31 % | 4.11 % |
| Jul | 6,874 | | | |
| Aug | 9,214 | | | |
| Sep | 7,941 | | | |
| Oct | 8,171 | | | |
| Nov | 9,641 | | | |
| Dec | 11,068 | | | |
| Sum | 109,082 | 38,214 | | |



 | MONTHLY REPORT

## TOP 10 segments by revenue

### YTD

| Segment | Revenue (€) | Seats |
|---|---|---|
| LAX - LAS | 26,442 | 460 |
| LAS - LAX | 26,321 | 411 |
| LAX - DEN | 22,552 | 288 |
| LGA - ATL | 22,516 | 276 |
| ATL - LAX | 22,071 | 152 |
| LAS - SFO | 21,464 | 260 |
| ATL - LGA | 21,191 | 281 |
| LGA - DEN | 17,959 | 163 |
| SFO - LAS | 17,869 | 242 |
| DEN - LAX | 17,265 | 203 |

### Last Month

| Segment | Revenue (€) | Seats |
|---|---|---|
| ATL - LAX | 11,598 | 59 |
| LGA - ATL | 10,686 | 117 |
| ATL - LGA | 7,816 | 98 |
| DEN - LAX | 7,781 | 72 |
| LAX - DEN | 7,420 | 67 |
| DEN - LGA | 6,561 | 53 |
| LAX - ATL | 6,324 | 43 |
| LGA - DEN | 6,176 | 58 |
| MCO - SJU | 5,975 | 40 |
| LGA - MDW | 5,784 | 67 |

## TOP 10 segments by seats

### YTD

| Segment | Revenue (€) | Seats |
|---|---|---|
| LAX - LAS | 26,442 | 460 |
| LAS - LAX | 26,321 | 411 |
| HNL - OGG | 14,779 | 357 |
| OGG - HNL | 12,012 | 295 |
| LAX - DEN | 22,552 | 288 |
| ATL - LGA | 21,191 | 281 |
| LGA - ATL | 22,516 | 276 |
| LAS - SFO | 21,464 | 260 |
| HNL - LIH | 10,220 | 249 |
| HNL - KOA | 10,343 | 245 |

### Last Month

| Segment | Revenue (€) | Seats |
|---|---|---|
| LGA - ATL | 10,686 | 117 |
| ATL - LGA | 7,816 | 98 |
| LAX - LAS | 5,393 | 81 |
| DEN - LAX | 7,781 | 72 |
| LAS - LAX | 4,904 | 71 |
| LAX - DEN | 7,420 | 67 |
| LGA - MDW | 5,784 | 67 |
| ATL - LAX | 11,598 | 59 |
| LGA - DEN | 6,176 | 58 |
| CLT - BWI | 3,757 | 57 |

## TOP 10 passengers nationalities

### YTD



| Nationality | Revenue (€) | Seats |
|---|---|---|
| US | 2,541,447 | 28,118 |
| CN | 77,135 | 792 |
| MX | 59,899 | 690 |
| GB | 54,973 | 584 |
| FR | 50,459 | 568 |
| IN | 41,335 | 485 |
| RU | 40,474 | 413 |
| PR | 38,870 | 401 |
| DE | 34,505 | 470 |
| CA | 33,086 | 525 |

### YTD



### Last Month

| Nationality | Revenue (€) | Seats |
|---|---|---|
| US | 736,557 | 7,492 |
| RU | 7,121 | 65 |
| PR | 6,558 | 58 |
| MX | 6,328 | 69 |
| CN | 5,884 | 60 |
| QA | 4,357 | 50 |
| IN | 4,202 | 41 |
| GB | 2,203 | 21 |
| HT | 2,119 | 23 |
| UA | 2,108 | 17 |

The contents of this document (including any attachments) is a confidential information (the "Information") which is and shall remain a property of the company Kiwi.com s.r.o. with registered seat at Palachovo náměstí 797/4, Brno, Czech Republic, Company ID No.: 29352886 (the „Company") and is provided for the exclusive use of the subjects to whom it is addressed.
If you are not the intended recipient of this document, any disclosure, copying, distribution or use of its contents is strictly prohibited, and you should delete it (including any attachments) from your system or destroy it.

While the information contained herein is believed to be accurate, the Company does not give any representation or warranty, express or implied as to the accuracy, or completeness of this Information and no responsibility or liability whatsoever is accepted for the accuracy or sufficiency thereof or for any errors, omissions or misstatements negligent or otherwise relating there to.

Company nor any of their respective directors, partners, employees or advisers nor any other person, shall be liable for any direct, indirect or consequential loss or damage suffered by any person as a result of relying on any statement in or omission from this Information and any such liability is expressly disclaimed.

Each recipient agrees that neither it nor its agents, representatives, directors or employees will copy, reproduce or distribute to others this Information, in whole or in part, at any time without the prior written consent of the Company and that it will keep confidential all information contained herein that is not already in the public domain.

# Exhibit B

Español 

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Terms & Conditions

Last modified: April 4, 2017

These Terms & Conditions ("Terms") set forth a legally binding agreement between you and Southwest Airlines Co. ("Southwest," "we," or "us"), and govern your use of and access to www.southwest.com, www.swabiz.com, and any other websites, mobile and other applications, or services that post a link to these Terms (each individually a "Site" and collectively, the "Sites") and the information, features, content, and services that we own, control, or make available through the Sites (collectively, with the Sites, the "Service") whether as a guest or a registered user.

By using the Service or by clicking accept or agree to these Terms when this option is made available to you, you accept these Terms and the Service's Privacy Policy, and consent to the collection and use of your data in accordance with the Privacy Policy. The Terms may be revised and updated by us from time to time without notice to you. All changes are effective immediately when we post them. Your continued use of the Sites is your acceptance of the revised and updated Terms. You can review the most current version of the Terms & Conditions agreement at any time at http://www.southwest.com/html/about-southwest/terms-and-conditions/index.html. If you do not agree to any of these Terms, please do not use or access our Service.

In some instances, both these Terms and separate terms and conditions will apply, including without limitation, transportation of passengers, baggage, and cargo by Southwest Airlines® and its affiliates is subject to the terms & conditions contained in Southwest's Contract of Carriage,  terms and conditions printed on or in a ticket jacket or an e-Ticket receipt, in any published schedule, or any other separate terms (collectively "Additional Terms"). By using the Service, purchasing a ticket, or accepting transportation, you agrees to be bound by such Additional Terms.  To the extent there is a conflict between these Terms and any Additional Terms, the Additional Terms will control unless they expressly state otherwise.

The Service is offered and available to individuals who are 13 years of age or older. By using the Service, you represent and warrant that you are 13 years of age or older. If you do not meet this requirement, you must not access or use the Service and should not send any information about yourself to us through the Service.

## Ownership of Company Information

Information and materials concerning Southwest and its products and services, and similar items from our licensors and other third parties, including flight schedules, routes, fares, text, graphics, button icons, layout, databases, articles, posts, text, data, files, images, scripts, designs, instructions, illustrations, photographs, sounds, pictures, advertising copy, URLs, technology, software, interactive features, the "look and feel" of the Sites, audio and video clips, digital downloads, data compilations (including customer and Rapid Rewards® information), the compilation, assembly, and arrangement of the materials of the Sites, all copyrightable materials, trademarks, logos, trade names, trade dress, service marks, and trade identities of various parties, including those of Southwest, and other forms of intellectual property, and information regarding the status of Southwest flights, etc. is referred to as "Company Information." All right, title, and interest in and to the Service and the Company Information is the property of Southwest or our licensors or certain other third parties, and is protected by U.S. and international copyright, trademark, trade dress, patent and/or other intellectual property and unfair competition rights and laws to the fullest extent possible.  Southwest owns all copyrights, trademarks, service marks, and trade names related to our Company Information. All Company Information is proprietary to Southwest Airlines.

Subject to your strict compliance with these Terms and the Additional Terms, Southwest grants you a limited, non-exclusive, revocable, non-assignable, personal, and non-transferable license to download, display, view, use, play the Company Information on a personal computer, browser, laptop, tablet, mobile phone or other Internet-enabled device (each, a "**Device**") and/or print one copy of the Company Information as it is displayed to you, in each case for your personal, non-commercial use only.

All rights not expressly granted to you are reserved by Southwest and its licensors and other third parties. No right or license may be construed, under any legal theory, by implication, estoppel, industry custom, or otherwise. *Any unauthorized use of any Confidential Information or the Service for any purpose is prohibited.*

## Accessing the Service

We reserve the right to withdraw or amend the Service, and any service or material we provide on the Service, in our sole discretion without notice. We will not be liable if for any reason all or any part of the Service is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Service, or the entire Service, to you.

You are responsible for:

- Making all arrangements necessary for you to have access to the Service.

- Ensuring that all persons who access the Service through your internet connection are aware of these Terms and comply with them.

- Ensuring that using our Services on mobile devices does not distract you or prevent you from obeying traffic or safety laws.

To access the Service or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Service that all the information you provide on the Service is correct, current and complete. You agree that all information you provide to register with this Service or otherwise, including but not limited to through the use of any interactive features on the Service, is governed by our Privacy , and you consent to all actions we take with respect to your information consistent with our Privacy Policy.

If you choose, or are provided with, a user name, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You also acknowledge that your account is personal to you and agree not to provide any other person with access to this Service or portions of it using your user name, password or other security information. You agree to notify us immediately of any unauthorized access to or use of your user name or password or any other breach of security. You also agree to ensure that you exit from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information. Similarly, you are responsible for protecting your confirmation codes, e-ticket numbers, and other record locators from unauthorized users.

Southwest may immediately suspend or terminate the availability of the Service and Company Information, in whole or in part, to any individual, group, or everyone, for any reason, in Southwest' sole discretion, and without advance notice or liability. Upon suspension or termination of your access to the Service, or upon notice from Southwest, all rights granted to you under these Terms or any Additional Terms will cease immediately, and you agree that you will immediately discontinue use of the Service. The provisions of these Terms and any applicable Additional Terms, which by their nature should survive your suspension or termination, will survive.

Southwest, and its service providers are not liable for information that is inaccurate due to technical defects in software used on the Sites or service providers websites, whether induced by their respective systems or by software provided by third parties.

## Restrictions and Prohibited Activities

You agree that you will not:

(i)   copy, display, distribute, download, license, modify, publish, re-post, reproduce, reuse, sell, transmit, or use the Service or Company Information to create a derivative work.
(ii)   use the Service or Company Information for any commercial purpose, with the exception of authorized Southwest travel agents/agencies;
(iii)   use the Service or Company Information for any political purpose;
(iv)   engage in any activity in connection with the Service or Company Information that is libelous, slanderous, defamatory, fraudulent, unlawful, false or misleading, harmful, tortious, vulgar, invasive of another's privacy, sexually explicit, offensive, obscene, profane, violent, threatening, harassing, abusive, hateful, or otherwise inappropriate with respect to race, gender, sexuality, ethnicity, or other intrinsic characteristic;
(v)   harvest any information from the Service;
(vi)   copy, derive, edit, translate, decompile, reverse engineer, modify, use, or reproduced any code or source relating to the Service including without limitation, any service or product Southwest offers.;
(vii)   modify, re-render, frame, mirror, truncate, add to, inject, filter or change the order of the information contained on any page of the Service, including, without limitation, by any way of reproducing  any web pages or Company Information on any other website without our express written permission;
(viii)    interfere with the proper operation of or any security measure used by the Service;
(ix)   infringe any intellectual property or other right of any third party;
(x)   use the Company Information in a manner that suggests an unauthorized association or is beyond the scope of the limited license granted to you;
(xi)   use a false email address or other identifying information, impersonate or misrepresent any person or entity, or your affiliation with any person or entity, or misrepresent, mislead, or omit as to the origin or source of any material
(xii)   use the Service or any Company Information to make any speculative, fraudulent, or false reservation or any reservation in anticipation of demand;
(xiii)   cause to appear any pop-up, pop-under, exit windows, expanding buttons, banners advertisement, or anything else which minimizes, covers, or otherwise inhibits the full display of the Service;
(xiv)   use any deep-link, page-scrape, robot, crawl, index, spider, click spam, macro programs, Internet agent, or other automatic device, program, algorithm or methodology which does the same things, to use, access, copy, acquire information, generate impressions or clicks, input information, store information, search, generate searches, or monitor any portion of the Service or Company information;
(xv)   use the Service in any way which depletes web infrastructural resources, slows the transferring or loading of any web page, or interferes with the normal operation of the Sites;
(xvi)   upload or transmit to the Service any device, software, program, or file that may damage the operation of any computer or the Service, including without limitation, viruses or corrupt files;
(xvii)   disguise the origin of information transmitted to, from, or through the Service;
(xviii)    circumvent any measures implemented by Southwest aimed at preventing violations of the Terms. You may not violate the restrictions in any robot exclusion header; or
(xix)    otherwise violate these Terms or any applicable Additional Terms.

You also agree you will not use the Service for or in connection with offering any third party product or service not authorized or approved by Southwest. For example, online check-in service providers may not use Southwest web pages to check-in customers online or attempt to obtain for them a boarding pass in any certain boarding group.

When you use the Service or Company Information for an authorized purpose, you must include all proprietary notices without changing, hiding or deleting them.

You may not engage in any conduct that is, or that Southwest deems to be, in violation of the Terms.

## Your Privacy

The Service may allow you to submit content to us via the Service, or by means other than the Service (such as via our social media pages), including, but not limited to hotel reviews, ratings, photos, video, music, questions, suggestions, ideas, postings, feedback, biographic information, your appearance, audio tapes, digital files, images, performances, and comments ("**Submissions**").  All Submissions must be posted by someone 13 years of age or older.  Terms related to your Submissions are available in our User Content and Conduct Policy.  You agree that your Submissions will comply with our User Content and Conduct Policy.

## License to Your Content

You grant Southwest and its affiliates, subsidiaries, agents, licensees, successors, and assigns a nonexclusive, unrestricted, unconditional, unlimited, worldwide, royalty-free, assignable, fully paid-up, perpetual, transferable, irrevocable and fully sublicensable right to (a) use, host, store, copy, record, reproduce, edit, enhance, improve, modify, adapt, translate, create derivative works of the Submissions, in whole or in part, alone or in any manner and matter or in combination with any other material, in any format or media, whether now existing or hereafter devised, including, but not limited to, text, data, images, photographs, illustrations, animation and graphics, video, audio, and all formats of computer readable electronic, magnetic, digital, laser, or optical based media, and to advertise, market, and promote the Submissions, (b) publicly display, publicly perform, distribute (directly or indirectly), disclose, transmit, publish, or broadcast the Submissions throughout the world in any media, now known or hereafter devised, and with any technology or devices now known or hereafter developed; and (c) use the screen name, your name, voice, likeness, and biographic information, whether in original or modified form, that you submit in connection with a Submission. You also irrevocably consent to our use and association of your name in connection with your Submissions and derivatives thereof. You agree to waive any moral rights that you may have in any Submissions, even if it is altered or changed in a manner not agreeable to you. To the extent not waivable, you irrevocably agree not to exercise such rights in a manner that interferes with any exercise of the granted rights.  You understand that you will not receive any fees, sums, consideration, or remuneration for any of the rights granted in this Section. Our receipt of your Submissions is not an admission of their novelty, priority, or originality, and it does not impair our right to contest existing or future intellectual property rights relating to your Submissions.  If you submit feedback or suggestions about our Service, we may use your feedback or suggestions without obligation to you.

You further grant Southwest the right to pursue at law any person or entity that violates your or Southwest's rights in the Submissions by a breach of these Terms. You acknowledge and agree that Submissions are not confidential.

You are fully responsible for the content of your Submissions. We take no responsibility and assume no liability for any Submissions posted or submitted.

## Intellectual Property Rights

Southwest respects the intellectual property of others, and expects those who use the Service to do the same. It is our policy, in appropriate circumstances and at our discretion, to disable and/or terminate the accounts of individuals who may infringe or repeatedly infringe the copyrights or other intellectual property rights of Southwest and/or others.

Southwest's policies with respect to claims by third parties that the content of the Service, including the content of any Submissions, infringes the copyrights owned by said third parties can be found in our Copyright Complaint Policy.

## Contacting Southwest Airlines

For information on how to contact Southwest Airlines visit our Contact Us page.

## Third-Party Content and websites; Advertisements

The Service may contain or may interact with third party content that is not owned, controlled or operated by Southwest (collectively, "Third-Party Services").  We may also host our content on Third-Party Services. Southwest neither endorses nor controls such Third-Party Services, AND YOU ACKNOWLEDGE AND AGREE THAT WE ARE NOT RESPONSIBLE OR LIABLE FOR THE INFORMATION, CONTENT, PRODUCTS, OR SERVICES ON OR AVAILABLE FROM SUCH THIRD-PARTY SERVICES, OR FOR THE RESULTS TO BE OBTAINED FROM USING THEM. If you choose to access any such Third Party Services, you do so at your own risk.  If you navigate away from the Service by clicking on an unaffiliated website link, you do so at your own risk and you should be aware that these Terms no longer govern. You should review the applicable terms and policies, including privacy and data gathering practices, of any website to which you navigate from the Service or relating to any applications you use or install from another website.

### Dealings with Third Parties

Any interactions, transactions, and other dealings that you have with any third parties found on or through the Service are solely between you and the third party. YOU HEREBY AGREE TO INDEMNIFY SOUTHWEST AGAINST ALL CLAIMS, INJURY AND/OR DAMAGES INCLUDING ATTORNEYS' FEES THAT ARISE OUT OF YOUR USE OF ANY THIRD-PARTY SERVICE, INCLUDING FROM ANY MATERIAL THAT YOU POST ON ANY FORUM OR SOCIAL NETWORKING WEBSITE IN CONNECTION WITH US AND/OR ANY OTHER CLAIM RELATED TO YOUR USE OF SOCIAL MEDIA.

### Wireless Features and Communications

The Service may offer features that are available to you via your wireless Device including the ability to access the Service's features, upload content to the Service, and receive messages from the Service (including email notifications) (collectively, "Wireless Features"). By using the Service, you agree that Southwest may change, alter, or modify the settings or configurations on your Device in order to allow for or optimize your use of the Service. You agree that as to the Wireless Features for which you are registered for, we may send communications via such features or apps to your wireless Device regarding us or other parties. Further, we may collect information related to your use of the Wireless Features. If you have registered via the Service for Wireless Features, then you agree to notify Southwest of any changes to your wireless contact information (including phone number) and update your accounts on the Service to reflect the changes. If the Service includes push notifications or other mobile communication capability, you hereby approve our delivery of electronic communications directly to your mobile Device. These notifications, including badge, alert or pop-up messages, may be delivered to your Device even when it is running in the background. You may have the ability, and it is your responsibility, to control the notifications you do, or do not, receive via your Device through your Device settings. Standard message, data and other fees may be charged by your carrier, and carriers may deduct charges from pre-paid amounts or data allowances, for which you are responsible. Your carrier may prohibit or restrict certain Wireless Features and certain Wireless Features may be incompatible with your carrier or wireless Device. Contact your carrier with questions regarding these issues.

### Location-Based Features

If you have enabled GPS, geo-location or other location-based features on any Southwest mobile app(s) or feature(s), you acknowledge that your Device location will be tracked and may be shared with others consistent with the Privacy Policy. Some mobile app(s) or feature(s) allow for you to disable location-based features or manage preferences related to them. You can also uninstall any Southwest mobile app(s). The location-based services offered in connection with our mobile app(s) or feature(s) are for individual use only and should not be used or relied on as an emergency locator system, used while driving or operating vehicles, or used in connection with any hazardous environments requiring fail-safe performance, or any other situation in which the failure or inaccuracy of use of the location-based services could lead directly to death, personal injury, or severe physical or property damage. Location-based/geo-location services are used at your own risk and location data may not be accurate.

### Forum Selection

These Terms and the relationship between you and Southwest shall be governed by the laws of the State of Texas without regard to any conflict of law provisions. You agree to the personal and exclusive jurisdiction of the courts located within Dallas, TX. You hereby consent to the exclusive jurisdiction and venue of the State and Federal courts in Dallas, Texas in all disputes. You agree and understand that you will not bring against the Southwest Parties any class action lawsuit related to your access to, dealings with, or use of the Service.

### Disclaimer of Representations and Warranties

THE SERVICE IS PROVIDED TO YOU ON AN "AS IS," "AS AVAILABLE," AND "WITH ALL FAULTS" BASIS. NEITHER SOUTHWEST OR ITS AFFILIATES NOR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, MANAGERS, EMPLOYEES OR AGENTS (COLLECTIVELY, THE "SOUTHWEST PARTIES") MAKE ANY REPRESENTATIONS, WARRANTIES OR ENDORSEMENTS OF ANY KIND WHATSOEVER AS TO THE INFORMATION, CONTENT OR OTHER SERVICES, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, OR ARISING FROM COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE, INCLUDING THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT AND FREEDOM FROM COMPUTER VIRUS OR OTHER TECHNOLOGICALLY HARMFUL MATERIAL. BY ACCESSING OR USING THE SERVICES YOU REPRESENT AND WARRANT THAT YOUR ACTIVITIES ARE LAWFUL IN EVERY JURISDICTION WHERE YOU ACCESS OR USE THE SERVICE.

SOUTHWEST HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR PARTICULAR PURPOSE.

THE FOREGOING DOES NOT AFFECT ANY WARRANTIES WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

### Limitations of Our Liability

TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL THE SOUTHWEST PARTIES BE LIABLE TO YOU FOR ANY LOSS, DAMAGE OR INJURY OF ANY KIND INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY, CONSEQUENTIAL OR PUNITIVE LOSSES OR DAMAGES, OR DAMAGES FOR SYSTEM FAILURE OR MALFUNCTION OR LOSS OF PROFITS, DATA, USE, BUSINESS OR GOOD-WILL, ARISING OUT OF OR IN CONNECTION WITH (A) THE SERVICE, (B) THESE TERMS, (C) YOUR USE OF, OR INABILITY TO ACCESS OR USE, THE SERVICE OR ANY CONTENT AVAILABLE ON OR THROUGH THE SERVICE, OR (D) A THIRD PARTY'S UNAUTHORIZED ACCESS TO YOUR INFORMATION, EVEN IF SUCH DAMAGES WERE FORESEEABLE OR SOUTHWEST HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL THE SOUTHWEST PARTIES' TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES OR CAUSES OF ACTION ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR YOUR USE OF THE SERVICES EXCEED THE GREATER OF (A) THE AMOUNTS, IF ANY, PAID BY YOU TO SOUTHWEST FOR THE SERVICE IN THE TWELVE (12) MONTH PERIOD PRECEDING THE EVENT GIVING RISE TO YOUR CLAIM OR (B) FIFTY UNITED STATES DOLLARS ($50.00). THE LIMITATIONS SET FORTH IN THIS SECTION SHALL APPLY REGARDLESS OF THE FORM OF ACTION, WHETHER THE ASSERTED LIABILITY OR DAMAGES ARE BASED ON CONTRACT, INDEMNIFICATION, TORT, STRICT LIABILITY, STATUTE OR ANY OTHER LEGAL OR EQUITABLE THEORY.

THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

### Waiver of Injunctive or Other Equitable Relief

YOU AGREE THAT YOU WILL NOT BE PERMITTED TO OBTAIN AN INJUNCTION OR OTHER EQUITABLE RELIEF OF ANY KIND, SUCH AS ANY COURT OR OTHER ACTION THAT MAY INTERFERE WITH OR PREVENT THE DEVELOPMENT OR EXPLOITATION OF ANY SITE, WEBSITE, APPLICATION, CONTENT, SUBMISSIONS, PRODUCT, SERVICE, OR INTELLECTUAL PROPERTY OWNED, LICENSED, USED OR CONTROLLED BY SOUTHWEST OR A LICENSOR OF SOUTHWEST.

### Limited Time to Bring Your Claim

You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of, related to or connected with the use of the Service must be filed within one (1) year after such claim or cause of action arose or be forever banned.

### Business uses of our Service

IF YOU ARE USING THE SERVICE ON BEHALF OF A BUSINESS, THAT BUSINESS ACCEPTS THESE TERMS. THE BUSINESS WILL HOLD HARMLESS AND INDEMNIFY THE SOUTHWEST PARTIES FROM ANY CLAIM, SUIT OR ACTION ARISING FROM OR RELATED TO THE USE OF THE SERVICE OR VIOLATION OF THESE TERMS, INCLUDING ANY LIABILITY OR EXPENSE ARISING FROM CLAIMS, LOSSES, DAMAGES, SUITS, JUDGMENTS, LITIGATION COSTS AND ATTORNEYS' FEES.

### Purchases & Forms of Payment

Purchases through the Services may be made via the forms of payment on our Purchasing and Refunds page or any applicable Additional Terms.

You agree that (i) any transactions carried out through the Sites will be deemed to take place in the State of Texas, United States of America, regardless of the jurisdiction where you may be located or reside, and (ii) any payment in connection with such transactions will only be accepted in US dollars. You further agree and acknowledge that any advertising, promotional or marketing information that

may be contained in any communications that you may receive as a result of your use of the Sites is only intended to have effect and will only be applicable in the United States of America.

## Additional Information

For additional information and to learn more about Southwest Airlines, please visit our Customer Service Commitment or Contract of Carriage pages on southwest.com.

## Patents

Some technologies, components, or progresses of the Service may be covered by Southwest Airlines Co. patents pending. In addition, some components or processes referenced in the Sites may be subject to one or more U.S. Patent Numbers 7,394,900; 7,707,056; 7,734,493; 7,860,740; 7,848,944; 8,041,036; 8,050,936; 8,452,607; 8,504,402; 8,700,438; 8,788,303; D597,752; D615,779; D618,000; D618,473 along with all corresponding foreign counterparts.

## Consent or Approval

No Southwest consent or approval may be deemed to have been granted by Southwest without being in writing and signed by an officer of Southwest.

## Indemnity

You agree to defend, indemnify and hold harmless the Southwest Parties from and against any and all claims, liabilities, damages, losses, costs and expenses (including, reasonable attorneys' fees and costs) arising out of or in connection with any of the following: (i) your breach or alleged breach of these Terms; (ii) your Submissions; (iii) your use of the Service; (iv) your violation of any laws, rules, regulations, codes, statutes, ordinances or orders of any governmental or quasi-governmental authorities; (v) your violation of the rights of any third party, including any intellectual property right, publicity, confidentiality, property or privacy right; or (vi) any misrepresentation made by you. Southwest reserves the right to assume, at your expense, the exclusive defense and control of any matter subject to indemnification by you. You agree to cooperate with Southwest's defense of any claim. You will not in any event settle any claim without the prior written consent of Southwest.

## Severability; Interpretation; Assignment

If any provision of these Terms, or any Additional Terms, is for any reason deemed invalid, unlawful, void, or unenforceable, then that provision will be deemed severable from these Terms or the Additional Terms, and the invalidity of the provision will not affect the validity or enforceability of the remainder of these Terms or the applicable Additional Terms. You hereby waive any applicable statutory and common law that may permit a contract to be construed against its drafter.  The summaries of provisions and section headings are provided for convenience only and shall not limit the full Terms. Southwest may assign its rights and obligations under these Terms and any applicable Additional Terms, in whole or in part, to any party at any time without any notice.  These Terms and any applicable Additional Terms may not be assigned by you, and you may not delegate your duties under them, without the prior written consent of an officer of Southwest.

## Investigations; Cooperation with Law Enforcement

Southwest reserves the right to investigate and prosecute any suspected breaches of these Terms or the Service.  Southwest may disclose any information as necessary to satisfy any law, regulation, legal process or governmental request.

## Complete Agreement; No Waiver

These Terms, and any applicable Additional Terms, reflect our complete agreement regarding the Service and supersede any prior agreements, representations, warranties, assurances or discussion related to the Service.  Except as expressly set forth in these Terms or any applicable Additional Terms, (i) no failure or delay by you or Southwest in exercising any of rights, powers, or remedies under will operate as a waiver of that or any other right, power, or remedy, and (ii) no waiver or modification of any term of these Terms or any applicable Additional Terms will be effective unless in writing and signed by the party against whom the waiver or modification is sought to be enforced.

---

**Need help?**

### Contact Us

Customer Service    FAQ

**Subscribe**

### Click 'N Save®

Save big on travel each week. Sign up

**Connect with us**

    

Discussion Forum and Stories                    Mobile Apps

---

### About Southwest

What's New
Press Room
Investor Relations
Southwest Citizenship
Southwest.fm
Southwest® The Magazine
Supplier Information
Careers

### Flying Southwest

Why Fly Southwest?
Rapid Rewards®
International Travel
Airport Information
737 Max Resource Page
Popular Routes
Tarmac Delay Plan
Contract of Carriage
Flight Schedules

### Southwest Products

Southwest Fares
EarlyBird Check-in®
Business Select®
Upgraded Boarding
Southwest® gift card
Hotels
Southwest Vacations
Southwest Airlines® Experiences
WiFi & Inflight Entertainment
Southwest Business
Groups
Charter Services
Southwest® The Store
Rapid Rewards® Credit Card

### Customer Service

FAQ
Sitemap
Customer Commitments
Baggage Policies
Special Assistance
Customers of Size
Traveling with Infants
Traveling with Pets
Purchasing & Refunds
Lost and Found
Inflight Beverage Receipts

 Indicates external site which may or may not meet accessibility guidelines

© 2020 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company Information constitutes acceptance of our Terms and Conditions. Privacy Policy Do Not Sell My Personal Information