# EXHIBIT D

| | |
|---|---|
| **From:** | Slavomír Mucha |
| **To:** | James Sheppard |
| **Subject:** | EXTERNAL - WN<>Kiwi.com issues/co-operation |
| **Date:** | Wednesday, September 11, 2019 11:00:51 AM |

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. If suspicious, forward to 'suspicious@wnco.com'.*

Dear James,
I've been just passed the Cease & Desist letter from your side.
I would like to rather discuss the options of a direct co-operation. We've been in discussion with your people before, started the discussion where they were excited about the benefits we bring. But then suddenly the discussions stop.
I believe the with our Virtual Interlining technology we are bringing additional passengers thus we can both prosper from the direct partnership.
Can we have a call about this?

Brgds
Slavo



Kiwi.com

**Slavomir Mucha** / **Senior Business Development Manager**

Mail: slavomir.mucha@kiwi.com

Tel: +420 725 439 828

Skype: slavomir.mucha

Address: Palachovo náměstí 4, Brno, 625 00, CZ