# EXHIBIT E

| | |
|---|---|
| **From:** | Pedro Martin Gutierrez Kardum |
| **To:** | Dave Doty; David Harvey; Eric Hall; Phil Gouel; Rob Brown |
| **Subject:** | EXTERNAL - New Kiwi.com Account Manager for WN |
| **Date:** | Tuesday, July 14, 2020 8:24:02 AM |
| **Attachments:** | Monthly report (70).pdf |

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. If suspicious, forward to 'suspicious@wnco.com'.*

Dear all,

My name is Pedro Gutierrez and I'll be the responsible person from Kiwi.com to communicate with WN from the commercial side since my colleague Slavo Mucha will be now focusing on a different project in Kiwi.com.

I am attaching you the sales report for WN sales in Kiwi.com for the years 2019 and 2020.

As you can see, we indeed have a V-shaped curve for 2020, meaning that we can see our sales level for WN already as pre-COVID, as a matter fact we sold even more seats in the last month than in Jun19.  I think this could be particularly interesting for you since I'd say every airline needs now an extra hand on generating more PAX demand.

In case you'd like to explore any kind of further cooperation with us, I'll be around.

Kind regards / Saludos,



**Kiwi.com**

**Pedro Gutiérrez Kardum** / Travel Content **Acquisition** Business Development Manager - Americas

E-Mail: pedro.gutierrez@kiwi.com

Tel: +420 724 388 673

Skype: pedro.gutierrez@kiwi

Address: Palachovo náměstí 4, Brno, 625 00, CZ

Monthly report                                                                                                07/14/2020



# MONTHLY REPORT

| AIRLINE | ACCOUNT MANAGER | BOOKING CHANNEL NAME | PARTNER | MARKET |
|---|---|---|---|---|
| WN | All | All | All | All |

## Revenue development

| Month | 2019 (€) | 2020 (€) | MoM | YoY |
|---|---|---|---|---|
| Jan | 804,827 | 906,044 | -16.23 % | 12.58 % |
| Feb | 680,171 | 842,007 | -7.07 % | 23.79 % |
| Mar | 1,190,258 | 290,596 | -65.49 % | -75.59 % |
| Apr | 928,964 | 142,024 | -51.13 % | -84.71 % |
| May | 1,058,779 | 413,752 | 191.32 % | -60.92 % |
| Jun | 875,111 | 822,255 | 98.73 % | -6.04 % |
| Jul | 658,733 | | | |
| Aug | 816,764 | | | |
| Sep | 750,182 | | | |
| Oct | 793,996 | | | |
| Nov | 903,960 | | | |
| Dec | 1,081,598 | | | |
| Sum | 10,543,342 | 3,416,679 | | |



## Seat sales development

| Month | 2019 | 2020 | MoM | YoY |
|---|---|---|---|---|
| Jan | 8,785 | 9,963 | -9.98 % | 13.41 % |
| Feb | 7,205 | 8,825 | -11.42 % | 22.48 % |
| Mar | 12,870 | 3,817 | -56.75 % | -70.34 % |
| Apr | 9,214 | 1,823 | -52.24 % | -80.21 % |
| May | 10,064 | 5,421 | 197.37 % | -46.13 % |
| Jun | 8,035 | 8,365 | 54.31 % | 4.11 % |
| Jul | 6,874 | | | |
| Aug | 9,214 | | | |
| Sep | 7,941 | | | |
| Oct | 8,171 | | | |
| Nov | 9,641 | | | |
| Dec | 11,068 | | | |
| Sum | 109,082 | 38,214 | | |





MONTHLY REPORT

## TOP 10 segments by revenue

**YTD**

| Segment | Revenue (€) | Seats |
|---|---|---|
| LAX - LAS | 26,442 | 460 |
| LAS - LAX | 26,321 | 411 |
| LAX - DEN | 22,552 | 288 |
| LGA - ATL | 22,516 | 276 |
| ATL - LAX | 22,071 | 152 |
| LAS - SFO | 21,464 | 260 |
| ATL - LGA | 21,191 | 281 |
| LGA - DEN | 17,959 | 163 |
| SFO - LAS | 17,869 | 242 |
| DEN - LAX | 17,265 | 203 |

**Last Month**

| Segment | Revenue (€) | Seats |
|---|---|---|
| ATL - LAX | 11,598 | 59 |
| LGA - ATL | 10,686 | 117 |
| ATL - LGA | 7,816 | 98 |
| DEN - LAX | 7,781 | 72 |
| LAX - DEN | 7,420 | 67 |
| DEN - LGA | 6,561 | 53 |
| LAX - ATL | 6,324 | 43 |
| LGA - DEN | 6,176 | 58 |
| MCO - SJU | 5,975 | 40 |
| LGA - MDW | 5,784 | 67 |

## TOP 10 segments by seats

**YTD**

| Segment | Revenue (€) | Seats |
|---|---|---|
| LAX - LAS | 26,442 | 460 |
| LAS - LAX | 26,321 | 411 |
| HNL - OGG | 14,779 | 357 |
| OGG - HNL | 12,012 | 295 |
| LAX - DEN | 22,552 | 288 |
| ATL - LGA | 21,191 | 281 |
| LGA - ATL | 22,516 | 276 |
| LAS - SFO | 21,464 | 260 |
| HNL - LIH | 10,220 | 249 |
| HNL - KOA | 10,343 | 245 |

**Last Month**

| Segment | Revenue (€) | Seats |
|---|---|---|
| LGA - ATL | 10,686 | 117 |
| ATL - LGA | 7,816 | 98 |
| LAX - LAS | 5,393 | 81 |
| DEN - LAX | 7,781 | 72 |
| LAS - LAX | 4,904 | 71 |
| LAX - DEN | 7,420 | 67 |
| LGA - MDW | 5,784 | 67 |
| ATL - LAX | 11,598 | 59 |
| LGA - DEN | 6,176 | 58 |
| CLT - BWI | 3,757 | 57 |

## TOP 10 passengers nationalities

**YTD**

| Nationality | Revenue (€) | Seats |
|---|---|---|
| US | 2,541,447 | 28,118 |
| CN | 77,135 | 792 |
| MX | 59,899 | 690 |
| GB | 54,973 | 584 |
| FR | 50,459 | 568 |
| IN | 41,335 | 485 |
| RU | 40,474 | 413 |
| PR | 38,870 | 401 |
| DE | 34,505 | 470 |
| CA | 33,086 | 525 |



**Last Month**

| Nationality | Revenue (€) | Seats |
|---|---|---|
| US | 736,557 | 7,492 |
| RU | 7,121 | 65 |
| PR | 6,558 | 58 |
| MX | 6,328 | 69 |
| CN | 5,884 | 60 |
| QA | 4,357 | 50 |
| IN | 4,202 | 41 |
| GB | 2,203 | 21 |
| HT | 2,119 | 23 |
| UA | 2,108 | 17 |

The contents of this document (including any attachments) is a confidential information (the "Information") which is and shall remain a property of the company Kiwi.com s.r.o. with registered seat at Palachovo náměstí 797/4, Brno, Czech Republic, Company ID No.: 29352886 (the „Company") and is provided for the exclusive use of the subjects to whom it is addressed.
If you are not the intended recipient of this document, any disclosure, copying, distribution or use of its contents is strictly prohibited, and you should delete it (including any attachments) from your system or destroy it.

While the information contained herein is believed to be accurate, the Company does not give any representation or warranty, express or implied as to the accuracy, or completeness of this Information and no responsibility or liability whatsoever is accepted for the accuracy or sufficiency thereof or for any errors, omissions or misstatements negligent or otherwise relating there to.

Company nor any of their respective directors, partners, employees or advisers nor any other person, shall be liable for any direct, indirect or consequential loss or damage suffered by any person as a result of relying on any statement in or omission from this Information and any such liability is expressly disclaimed.

Each recipient agrees that neither it nor its agents, representatives, directors or employees will copy, reproduce or distribute to others his Information, in whole or in part, at any time without the prior written consent of he Company and that it will keep confidential all information contained herein that is not already in the public domain.