I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:21-cv-00098 |
| | § | |
| KIWI.COM, INC. and | § | |
| KIWI.COM S.R.O., | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF SOUTHWEST AIRLINES CO.'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Southwest Airlines Co. files this Appendix in Support of Its Motion for Preliminary Injunction.

| Exhibit | Description | Appendix Pages |
|---|---|---|
| A | Hursh Declaration | Appx. 1-29 |
| A-1 | J.D. Power Press Release dated May 27, 2020 | Appx. 30-34 |
| A-2 | Southwest Website Listing Awards available at https://www.swamedia.com/pages/awards-and-recognition | Appx. 35-38 |
| A-3 | Southwest Website Terms & Conditions available at https://www.southwest.com/html/about-southwest/terms-and-conditions/ | Appx. 39-44 |
| A-4 | Kiwi Website available at https://www.kiwi.com/us/pages/content/about | Appx. 45-51 |
| A-5 | Kiwi Website available at https://www.kiwi.com/us/pages/content/company | Appx. 52-61 |
| A-6 | Southwest Cease and Desist Notice dated Dec. 11, 2020 | Appx. 62-77 |
| A-7 | Southwest Cease and Desist Notice dated Aug. 28, 2019 | Appx. 78-81 |
| A-8 | Kiwi Email dated Sept. 11, 2019 | Appx. 82-83 |
| A-9 | Kiwi Email and Attachment dated July 14, 2020. | Appx. 84-87 |
| B | Buckley Declaration | Appx. 88-103 |

| Exhibit | Description | Appendix Pages |
|---|---|---|
| B-1 | Southwest Records of Complaints and Inquiries Regarding Flights Booked by Kiwi | Appx. 104-168 |
| C | Andorf Declaration | Appx. 169-172 |
| C-1 | Southwest PNR Records Aug. 1, 2020 to Jan. 13, 2021 with Email Domain @airline.kiwi.com | Appx. 173-331 |
| C-2 | Southwest PNR Records Aug. 1, 2020 to Jan. 13, 2021 with Email Domain @kachipytel.com | Appx. 332-372 |
| C-3 | Southwest PNR Records Jan. 14, 2021 to Feb. 18, 2021 with Email Domain @airline.kiwi.com | Appx. 373-384 |
| C-4 | Southwest PNR Records Jan. 14, 2021 to Feb. 18, 2021 with Email Domain @kachipytel.com | Appx. 385-412 |
| C-5 | Southwest PNR Records for Upcoming Southwest Flights with Email Domain @airline.kiwi.com or @kachipytel.com | Appx. 413-428 |
| D | Obrenic Declaration | Appx. 429-438 |
| D-1 | Southwest Ground Operating Manual Excerpts | Appx. 439-447 |
| D-2 | Dec. 24, 2020 Email | Appx. 448-451 |
| D-3 | Jan. 1, 2021 Email at 10:20 AM | Appx. 452-454 |
| D-4 | Jan. 2021 PNR Notes | Appx. 455-459 |
| D-5 | Feb. 2, 2021 Email at 8:58 PM | Appx. 460-461 |
| D-6 | Feb. 2, 2021 Email at 7:01 PM | Appx. 462-467 |
| D-7 | Feb. 17, 2021 Email | Appx. 468-469 |
| D-8 | Feb. 2, 2021 Email at 2:51 PM | Appx. 470-471 |
| D-9 | Feb. 16, 2021 Email | Appx. 472-473 |
| D-10 | Jan. 1, 2021 Email at 10:38 AM | Appx. 474-476 |
| D-11 | Jan. 1, 2021 Delay Report | Appx. 477-479 |
| D-12 | Jan. 28, 2021 Delay Report | Appx. 480-482 |
| D-13 | Feb. 8, 2021 Email | Appx. 483-484 |
| D-14 | Feb. 15, 2021 Email | Appx. 485-486 |
| D-15 | Jan. 1, 2021 Email at 10:44 AM | Appx. 487-489 |

| Exhibit | Description | Appendix Pages |
|---|---|---|
| D-16 | Jan. 11, 2021 Email | Appx. 490-491 |
| D-17 | Jan. 28, 2021 Email | Appx. 492-493 |
| E | Dunwoody Declaration | Appx. 494-496 |
| E-1 | Better Business Bureau Webpage on Kiwi.com available at https://www.bbb.org/us/fl/miami/profile/travel-agency/kiwicom-inc-0633-90562676 | Appx. 497-501 |
| E-2 | Better Business Bureau Customer Complaints re: Kiwi.com available at https://www.bbb.org/us/fl/miami/profile/travel-agency/kiwicom-inc-0633-90562676/complaints | Appx. 502-532 |
| E-3 | The Guardian Article entitled "In the year of Covid, the awards for worst customer service go to…" available at https://www.theguardian.com/money/2020/dec/27/in-the-year-of-covid-the-awards-for-worst-customer-service-go-to | Appx. 533-538 |
| E-4 | Trip Advisor Forum entitled "WARNING: Don't buy travels or air tickets from KIWI.COM" available at https://www.tripadvisor.in/ShowTopic-g1-i10702-k10065992-WARNING_Don_t_buy_travels_or_air_tickets_from_KIWI_COM-Air_Travel.html | Appx. 539-545 |
| E-5 | Trip Advisor Forum entitled "Warning: Kiwi.com is a SCAM" available at https://www.tripadvisor.in/ShowTopic-g1-i10702-k11349129-Warning_Kiwi_com_is_a_SCAM-Air_Travel.html | Appx. 546-551 |
| E-6 | Facebook Forum entitled "Kiwi.com - victims of the scam Kiwi" available at https://www.facebook.com/groups/254374211743198/about | Appx. 552-555 |
| E-7 | Wall Street Journal, "The Best and Worst U.S. Airlines of 2020," available at https://www.wsj.com/articles/the-best-and-worst-u-s-airlines-of-2020-11611756016 | Appx. 556-567 |
| F | Reyes Declaration | Appx. 568-571 |

Respectfully submitted,

By: */s/ Michael C. Wilson*
Michael C. Wilson
Texas State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas Bar. No. 24040838
wdunwoody@munckwilson.com
Amanda K. Greenspon
Florida Bar No. 1014584
AGreenspon@munckwilson.com
Julie M. Christensen
Texas State Bar No. 24105601
jchristensen@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: (972) 628-3600

**ATTORNEYS FOR PLAINTIFF
SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by ECF on February 24, 2021.

*/s/ Michael C. Wilson*
Michael C. Wilson

863239