# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:21-cv-00098 |
| | § | |
| KIWI.COM, INC., and KIWI.COM S.R.O., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL KIWI TO ANSWER INTERROGATORY NO. 3

Before the Court is Defendant Kiwi.com, Inc. and Kiwi.com s.r.o.'s Motion to Compel the Corporate Representative Deposition of Plaintiff Southwest Airlines Co. Having considered the Motion, the briefing, and the arguments of counsel, the court **grants** the Motion.

It is therefore ORDERED that Plaintiff Southwest Airlines Co. must tender one or more corporate representatives for deposition on or before November 5, 2021.

It is further ORDERED that Plaintiff Southwest Airlines Co. or its counsel to must pay for Defendants' reasonable expenses, including attorney's fees, incurred in connection with the Motion, in an amount to be determined. Defendants will submit any affidavits in support of their expenses and attorney's fees within seven days of the date of this Order and Plaintiff may object or otherwise respond within seven days thereafter.

**It is so ordered** this _____ day of _____, 2021.

_____
Ada Brown
United States District Judge