# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:21-cv-00098 |
| | § | |
| KIWI.COM, INC., and KIWI.COM S.R.O., | § | |
| | § | |
| *Defendants.* | § | |

**NOTICE OF APPEAL**

Defendants Kiwi.com, Inc. and Kiwi.com s.r.o. hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's September 30, 2021 memorandum opinion and order granting plaintiff Southwest Airlines Co.'s motion for preliminary injunction, Dkt. No. 105. This appeal is taken pursuant to 28 U.S.C. §1292(a)(1).

Dated: October 28, 2021

Respectfully submitted,

/s/ Kieran McCarthy
Kieran McCarthy (*admitted pro hac vice*)
Colorado Bar No. 37933
Asa Garber (*admitted pro hac vice*)
Colorado Bar No. 48256
MCCARTHY GARBER LAW, LLC
501 S. Cherry Street #1100
Denver, Colorado 80246
(720) 504-5294
kieran@mccarthygarberlaw.com
asa@mccarthygarberlaw.com

1

Alex More
Texas Bar No. 24065789
Monica Gaudioso
Texas Bar No. 24084570
CARRINGTON COLEMAN SLOMAN &
BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3053
amore@ccsb.com
mgaudioso@ccsb.com

Ryan P. Bates
Texas Bar No. 24055152
BATES PLLC
919 Congress Avenue, Suite 1305
Austin, Texas 78701
(512) 694-5268
rbates@batespllc.com

*Attorneys for Defendants
Kiwi.com, Inc. and Kiwi.com s.r.o.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of October, 2021, I served a copy of the foregoing Notice of Appeal on the attorneys of record for all parties via the Court's electronic filing system, as follows.

Michael C. Wilson
S. Wallace Dunwoody
Amanda K. Greenspon
Julie M. Christensen
Zachary B. Tobolowsky
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
mwilson@munckwilson.com
wdunwoody@munckwilson.com
agreenspon@munckwilson.com
jchristensen@munckwilson.com
ztobolowsky@munckwilson.com

*Counsel for Plaintiff Southwest Airlines Co.*

/s/ Ryan P. Bates
Ryan P. Bates