IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 3:21-cv-00098 |
| KIWI.COM, INC., and KIWI.COM S.R.O., | § § § § | |
| *Defendants*. | § § | |

## JOINT NOTICE OF SETTLEMENT

    Plaintiff Southwest Airlines Co. and Defendants Kiwi.com, Inc. and Kiwi.com s.r.o. hereby give notice to the Court that they have reached a settlement agreement in principle, which will avoid the need for the Court to rule on pending motions. The parties will give further notice upon finalizing their agreement.

Dated: November 1, 2021 Respectfully submitted,

By: */s/ Michael C. Wilson*
Michael C. Wilson
Texas State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas Bar. No. 24040838
wdunwoody@munckwilson.com
Amanda K. Greenspon
Florida Bar No. 1014584
AGreenspon@munckwilson.com
Julie M. Christensen
Texas State Bar No. 24105601
jchristensen@munckwilson.com
**Munck Wilson Mandala, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: (972) 628-3600

**Attorneys For Plaintiff
Southwest Airlines Co.**

*/s/ Alex More*
Kieran McCarthy (*admitted pro hac vice*)
Colorado Bar No. 37933
Asa Garber (*admitted pro hac vice*)
Colorado Bar No. 48256
MCCARTHY GARBER LAW, LLC
501 S. Cherry Street #1100
Denver, Colorado 80246
(720) 504-5294
kieran@mccarthygarberlaw.com
asa@mccarthygarberlaw.com
Ryan P. Bates
Texas Bar No. 24055152
BATES PLLC
919 Congress Avenue, Suite 1305
Austin, Texas 78701
(512) 694-5268
rbates@batespllc.com

Alex More
Texas Bar No. 24065789
Monica Gaudioso
Texas Bar No. 24084570
CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.
901 Main St., Ste. 5500
Dallas, Texas 75202
(214) 855-3053
amore@ccsb.com
mgaudioso@ccsb.com

*Attorneys for Defendants
Kiwi.com, Inc. and Kiwi.com s.r.o.*