IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:21-CV-0098-E |
| VS. | § | |
| | § | |
| KIWI.COM, INC. AND KIWI.COM S.R.O., | § | |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff Southwest Airlines Company has filed an Unopposed Motion to Stay Pending Deadlines due to settlement (Doc. 122). The Court **GRANTS** the motion and stays all pending deadlines until the parties complete the final settlement agreement. The Court **ORDERS** the parties to file appropriate dismissal papers by January 10, 2022, or if unable to do so, a joint status report. This case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

Signed November 24, 2021.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE