# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-11095

———————

SOUTHWEST AIRLINES COMPANY,

*Plaintiff—Appellee,*

*versus*

KIWI.COM, INCORPORATED; KIWI.COM, SELF REGULATORY ORGANIZATION,

*Defendants—Appellants.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-98

———————————————————

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of January 03, 2022, pursuant to appellants' unopposed motion.



**A True Copy**
**Certified order issued Jan 03, 2022**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-11095

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

By: _____
                        Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

January 03, 2022

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242

    No. 21-11095   Southwest Airlines v. Kiwi.com  
                    USDC No. 3:21-CV-98

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Lisa E. Ferrara, Deputy Clerk  
                              504-310-7675

cc w/encl:  
    Mr. Ryan Bates  
    Mr. Samuel Wallace Dunwoody  
    Mr. Kieran McCarthy  
    Mr. Michael C. Wilson