IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-00098 |
| | § | |
| KIWI.COM, INC. and | § | |
| KIWI.COM S.R.O., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO RELEASE FUNDS**

Before the Court is Plaintiff Southwest Airlines Co.'s Motion to Release Funds from the registry of the Court. The Court finds this Motion should be GRANTED.

IT IS THEREFORE ORDERED that the $10,000 currently held in the Registry of the Court as bond for the Preliminary Injunction in the above styled cause is hereby released to Plaintiff Southwest Airlines Co.

IT IS FURTHER ORDERED that the Clerk of the Court is to issue a check in the amount of $10,000, made payable to Munck Wilson Mandala, LLP, 12770 Coit Road, Suite 600, Dallas, Texas 75251.

SIGNED and ORDERED this 27th day of March, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE